United States District Court
Southern District of Texas
**ENTERED**
May 03, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

                Plaintiff

v.                                            Case No. 5:15-PO-55057-1
                                                   Magistrate Judge Diana Song Quiroga

Oscar Texis-Salazar

                Defendant

## JUDGMENT

On **May 3, 2019,** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of attempting to enter the United States by a willfully false or misleading representation or willful concealment of a material fact, in violation of 8 U.S.C. §1325(a)(3), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 30 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

Defendant was advised of his right appeal within 14 days.

Based on the Government's motion, the Court finds that reasonable efforts to collect the $10.00 special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

DONE at Laredo, Texas, on **May 3, 2019.**

                                                             **DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE**